Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Kimberly R. Colombo (Cal. Bar No.: 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-04-4711 MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| vs. | **STIPULATION REQUESTING THE COURT TO RETAIN JURISDICTION;** ~~[PROPOSED] ORDER THEREON~~ |
| RAMSEY F. ADHAM, | |
| Defendant. | ORDER DENYING STIPULATION |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant RAMSEY F. ADHAM, through their respective counsel of record, that the terms of the Confidential Settlement Agreement dated March 18, 2005 ("Agreement") entered into between the Defendant and DIRECTV require the performance of certain obligations by Defendant that will not be completed until April 2007. If Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations in this Court. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of the Agreement, as defined therein. The parties therefore respectfully request that the Court retain such jurisdiction.

1  DATED: ~~April~~ Jun 21, 2005         Respectfully Submitted,

2                                         BUCHALTER, NEMER, FIELDS & YOUNGER
                                          A Professional Corporation

5                                         By: _____
                                          ~~Kimberly R. Colombo~~ Brandon W. Tran
6                                         Attorneys for Plaintiff DIRECTV, Inc.

7  DATED: April ___, 2005                 PARR LAW GROUP

10                                        By: _____
                                          Shawn R. Parr
11                                        Attorneys for Defendant RAMSEY F. ADHAM

12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  //
27  ///
28  ///

The Court denies the stipulation without prejudice to the parties' seeking reconsideration upon a showing of good cause for retention of jurisdiction and accompanied by a declaration attaching a copy of the settlement agreement.

Dated: June 22, 2005

**DENIED**
**Judge Maxine M. Chesney**

BNFY 503968v2                             -2-                    (CV-04-4711 MMC)
STIPULATION REQUESTING THE COURT TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON