1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   Attorneys for Plaintiff DIRECTV, INC.
6  E-Mail: btran@buchalter.com

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11 | DIRECTV, INC., a California corporation, | Case No. CV-04-4711 MMC |
|---|---|
12 | Plaintiff, | Hon. Maxine M. Chesney |
13 | vs. | **PLAINTIFF DIRECTV, INC.'S CERTIFICATION RE STATUS OF SATISFACTION OF SETTLEMENT ENTERED INTO WITH DEFENDANT RAMSEY F. ADHAM; [PROPOSED] ORDER THEREON** |
14 | RAMSEY F. ADHAM, | |
15 | Defendant. | |

16

17 **TO THE COURT AND ALL INTERESTED PARTIES:**

18        Pursuant to the Court's Order of Dismissal dated March 24, 2005 ("Order"), the parties
19 were instructed to certify to the Court within ninety (90) days from the date of the Order
20 (June 22, 2005), if the consideration for the parties' settlement had not yet been delivered over.
21 Under the terms of the confidential Settlement Agreement and Release ("Agreement") executed
22 by the parties on or about March 18, 2005, Defendant will not fully perform his obligations under
23 the Agreement until April 2007.  Therefore, the parties filed a Stipulation Requesting the Court to
24 Retain Jurisdiction ("Stipulation") on June 21, 2005.  On June 22, 2005, the Court issued an order
25 denying the parties' Stipulation without prejudice ("June 22, 2005 Order").  The June 22, 2005
26 Order further provided that the Court would reconsider the parties' Stipulation upon a showing of
27 good cause for the retention of the Court's jurisdiction and accompanied by a copy of the
28 Agreement.

Therefore, Plaintiff DIRECTV, Inc. respectfully requests that the Court continue the deadline to certify whether the settlement consideration has been delivered up to and including July 8, 2005, to provide the parties with additional time to submit to the Court the additional documents requested in the June 22, 2005 Order.

DATED: June 22, 2005            Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By:    /s/ Brandon Q. Tran
          Brandon Q. Tran
    Attorneys for Plaintiff DIRECTV, INC.

## ORDER

Having read the foregoing Certification, and good cause appearing therefor, the Court HEREBY ORDERS as follows:

Plaintiff DIRECTV, Inc. and Defendant Ramsey F. Adham have up to and including July 8, 2005 to certify whether the settlement consideration has been delivered.

DATED: June 24, 2005

**APPROVED**
**Judge Maxine M. Chesney**

District of California

BNFY 575661v1                                        2                                (CV-04-4711 MMC)

**PLAINTIFF DIRECTV, INC.'S CERTIFICATION RE STATUS OF SATISFACTION OF SETTLEMENT ENTERED INTO WITH DEFENDANT RAMSEY F. ADHAM; [PROPOSED] ORDER THEREON**